# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joe W Jean-Louis | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 18-5059-ODW (JEM) |
| v. | |
| Governor State of California et al | **JUDGMENT** (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On ____June 13, 2018____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☑ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated ____July 16, 2018____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

August 7, 2018
Date

United States District Judge

Presented by:

/s/John E. McDermott
United States Magistrate Judge